LAW OFFICES OF
**CHRISTOPHER H. WING**
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
(916 441-4888
State Bar #063214

ATTORNEYS FOR: Defendant
NANCY FRANCES FISKE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | No. CR. S- 08-334 GEB |
|---|---|
| Plaintiff, | [PROPOSED] ORDER DELAYING SURRENDER OF DEFENDANT FOR ONE WEEK TO MARCH 13, 2009 AT NOON |
| v. | |
| NANCY FRANCES FISKE Defendant, | HON. GARLAND E. BURRELL JR. |

This matter having come on before me by stipulation of the parties and Good Cause appearing therefore:

IT IS ORDERED THAT: the surrender of Defendant, NANCY FRANCIS FISKE, be delayed one week to March 13, 2009 at noon to a facility designated by the United States Bureau of Prisons and if no such facility is designated by that time, to surrender to the United States Marshall's Service in Sacramento, California on that date and at that time.

IT IS FURTHER ORDERED THAT should the Bureau of Prisons make such designation after this order is signed on March 6, 2009, that Defendant be allowed to surrender to that facility at noon on March 9, 2009.

Dated: March 6, 2009

///

GARLAND E. BURRELL, JR.
United States District Judge

1