LAW OFFICES OF
**CHRISTOPHER H. WING**
A PROFESSIONAL CORPORATION
1101 E STREET
SACRAMENTO, CA 95814
(916 441-4888
State Bar #063214

ATTORNEYS FOR: Defendant
NANCY FRANCES FISKE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | No. CR. S- 08-334 GEB |
|---|---|
| Plaintiff, | [PROPOSED] ORDER FURTHER DELAYING SURRENDER OF DEFENDANT FOR THREE (3) WEEKS TO APRIL 3, 2009 AT NOON |
| v. | |
| NANCY FRANCES FISKE Defendant, | HON. GARLAND E. BURRELL JR. |

This matter having come on before me by stipulation of the parties and Good Cause appearing therefore:

IT IS ORDERED THAT: the surrender of Defendant, NANCY FRANCIS FISKE, be delayed for three (3) weeks to April 3, 2009 at noon to a facility designated by the United States Bureau of Prisons and if no such facility is designated by that time, to surrender to the United States Marshall's Service in Sacramento, California on that date and at that time.

Dated: March 13, 2009

*[signature: Garland E. Burrell Jr.]*

/ / /

1